IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO._____ |
| v. | : | DATE FILED: _____ |
| ERIC WILLIAM MOONEY | : | VIOLATIONS: 18 U.S.C. § 2251(a), (e) (production and attempted production of child pornography – 1 count) |
| | : | 18 U.S.C. § 2252(a)(2), (b)(1) (receipt of child pornography – 1 count) |
| | : | 18 U.S.C. § 2252(a)(4), (b)(1) (possession of child pornography – 1 count) |
| | : | Notice of forfeiture |

# INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about February 16, 2023, in the Eastern District of Pennsylvania, and elsewhere, defendant

**ERIC WILLIAM MOONEY**

employed, used, persuaded, induced, enticed, and coerced Minor #1, whose identity is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, that is, by enticing, coercing, and directing Minor #1 to engage in sexually explicit conduct during a live video feed, via the Internet, and defendant MOONEY knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depictions were produced and transmitted using materials that had been mailed and shipped and transported in and affecting

1

interstate or foreign commerce by any means including by computer, and such visual depictions were actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a), (e).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 16, 2023, in the Eastern District of Pennsylvania, and elsewhere, defendant

**ERIC WILLIAM MOONEY**

knowingly received a visual depiction that had been shipped and transported in interstate and foreign commerce, which visual depiction showed Minor #1 engaged in sexually explicit conduct and the producing of that visual depiction involved the use of a minor engaged in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 8, 2023, in the Eastern District of Pennsylvania, defendant

**ERIC WILLIAM MOONEY**

knowingly possessed matter, that is, an Apple iPhone 12 bearing IMEI 353043113400561 and an Apple iPad bearing serial number PRWF9QLP0X, which contained visual depictions that had been shipped and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce. The production of these visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 2251(a), 2252(a)(2), and 2252(a)(4), as set forth in this indictment, defendant

### ERIC WILLIAM MOONEY

shall forfeit to the United States of America:

(a) any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violations; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violations, including:

(i) one Apple iPhone 12, bearing IMEI 353043113400561; and

(ii) one Apple iPad, bearing serial number PRWF9QLP0X.

It is the intent of the United States, pursuant to Title 18, United States Code, Sections 2428 and 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Sections 2428 and 2253.

_____
**JACQUELINE C. ROMERO**
United States Attorney

*Criminal No.*

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

ERIC WILLIAM MOONEY

INDICTMENT
Counts
18 U.S.C. § 2251(a), (e) (production and attempted production
of child pornography – 1 count)
18 U.S.C. § 2252(a)(2), (b)(1) (receipt of child pornography – 1 count)
18 U.S.C. § 2252(a)(4), (b)(1) (possession of child pornography – 1 count)
Notice of forfeiture

